UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TRANSFER OF CASES FROM MAGISTRATE JUDGE BERNARD G. SKOMAL TO MAGISTRATE JUDGE LUPE RODRIGUEZ, JR. | TRANSFER ORDER |

**IT IS HEREBY ORDERED** that the following listed cases are transferred from the calendar of the Honorable Bernard G. Skomal to the calendar of the Honorable Lupe Rodriguez, Jr. for all further proceedings. All conferences or hearing dates previously set before Judge Skomal will remain as scheduled before Judge Rodriguez unless modified by separate order of Judge Rodriguez. All dates before any district judge remain unchanged.

| Case No. | Title |
|---|---|
| 22-cv-00800-AJB-BGS | *Hepler v. Kijakazi* |
| 21-cv-01482-BGS | *Rodriguez-Ramos v. Kijakazi.* |
| 22-cv-00539-JLS-BGS | *Moore v. Palmer et al* |
| 21-cv-02106-JLS-BGS | *Martinez v. Allison* |

**IT IS SO ORDERED**.

Dated: October 4, 2022

_____
Hon. Bernard G. Skomal
United States Magistrate Judge

1